# UNITED STATES DISTRICT COURT

NORTHERN _____ DISTRICT OF _____ ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

**FILED**

v.

NOV 2 9 2007

DILSHOD UMAROV

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CRIMINAL COMPLAINT

CASE NUMBER:

NB **07CR    784**

MAGISTRATE JUDGE COLE

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:  On or about _____ October 4, 2006 _____ in _____ Cook _____ County, in the ____ Northern ____ District of _____ Illinois _____ defendant,

willfully and knowingly made a false statement in an application for a passport with intent to induce and secure issuance of a passport under authority of the United States for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws;

in violation of Title __18__ United States Code, Section __1542__.

I further state that I am a ___Special Agent with Immigration and Customs Enforcement___ and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof:  __X__ Yes    ____ No

_____
Robert Kirts, Complainant

Sworn to before me and subscribed in my presence,

November 29, 2007 _____
_Date

Jeffrey Cole _____
U.S. Magistrate Judge

at ___Chicago, Illinois___
City and State

_____
Signature of Judicial Officer

STATE OF ILLINOIS      )
                       )      SS
COUNTY OF COOK         )

A F F I D A V I T

I, Robert Kirts, being duly sworn under oath, state as follows:

1.     I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), and have been so employed since April 2003. Prior to the creation of ICE, I was a Special Agent and Enforcement Agent with the Immigration and Naturalization Service for over six years. I am currently assigned to the ICE Office of Investigations in Chicago, Illinois.

2.     I make this affidavit based upon documents and records that I have reviewed, personal knowledge and experience, and upon conversations with and communications from others, including other law enforcement officers, who have personal knowledge of the events and circumstances described herein. The information outlined below is provided for the limited purpose of establishing probable cause in support of the attached complaint charging Dilshod Umarov ("Umarov") with willfully and knowingly making false statements in an application for a passport with the intent to secure the issuance of a passport under the authority of the United States for his own use. I have not included each and every fact known to me concerning Umarov.

3.     On or about November 8, 1999, Umarov was issued a United States "F1" student non-immigrant visa to enter the United States for the purpose of studying at the San Francisco Institute of English in San Francisco, California. According to his Department of State visa record, Umarov was born on February 7, 1977, and is a native and citizen of Uzbekistan. As such, Umarov has no claim to United States citizenship or lawful residence in the United States.

1

4.    According to law enforcement databases, Umarov's United States visa was issued to Uzbekistan Passport No. CA1227763.

5.    On or about November 26, 1999, Umarov entered the United States using his Uzbekistan-issued passport and student non-immigrant visa. According to the visa, Umarov was authorized to stay in the United States for the duration of his course of study and was allowed to enter the United States up to 90 days prior to beginning the course of study.

6.    In connection with the investigation, I spoke with representatives of the San Francisco Institute of English who informed me that Umarov never attended courses at the Institute. Because he never did so, Umarov became an out-of-status alien as of February 25, 2000.

7.    On or about October 4, 2006, Umarov submitted a DSP-11 application for a United States passport at a passport office in Chicago, Illinois. Question No. 4 on the application required Umarov to identify his place of birth. Passport regulations provide that only native-born or naturalized United States citizens may obtain a United States passport.

8.    In response to Question No. 4 on the DSP-11 application, Umarov recorded that he was born in Roseville, Michigan. As proof of identity, Umarov provided a state of Illinois driver's license, ID No. U56116077038, as well as a birth certificate purportedly issued by the state of Michigan. Both forms of identity were in the name Dilshod Umarov born on February 7, 1977. The DSP-11 application indicates that the Michigan birth certificate was seen by the agent processing the application and returned to Umarov. On Question No. 5 of the DSP-11 application, Umarov recorded his social security number as 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.

9.    In connection with the investigation, I contacted the Department of Community Health, Vital Records and Health Statistics ("Department"), the department that holds birth and death

records for the state of Michigan. On or about November 14, 2007, the Department confirmed that no records were found in the state of Michigan for Dilshod Umarov born on February 7, 1977, nor were any records found for Dilshod Umarov born in Michigan anytime in the year 1977.

10.    In connection with the investigation, I also obtained copies of documents from the Social Security Administration, specifically an SS-5 form related to Social Security Number 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 issued to Dilshod Umarov on or about February 17, 2000. According to this document, Umarov listed his place of birth as Tashkent, Uzbekistan.

11.    On or about October 6, 2006, United States Passport No. 029013517 was issued in the name of Dilshod Umarov, born February 7, 1977. Passport No. 029013517 expires on October 5, 2016.

12.    According to law enforcement databases, United States Passport No. 029013517 has been used as proof of citizenship for entry into the United States from abroad. Specifically, on or about January 28, 2007, United States Passport No. 029013517 was presented at O'Hare International Airport to secure re-entry into the United States from Turkey.

13.    On or about November 15, 2007, I contacted British Airways regarding flight reservation and passenger data for Umarov. According to their databases, on or about October 2, 2007, Umarov traveled on British Airways flight number 294 from Chicago O'Hare International Airport to London, United Kingdom. Law enforcement databases confirm that United States Passport No. 029013517 was used by Umarov to travel on this flight to London's Heathrow Airport. The following day, October 3, 2007, Umarov flew from London to Bishek, Kyrgyzstan on British Airways flight number 6605.

3

14.   Based on the foregoing, Affiant respectfully submits that there is probable cause to believe that Dilshod Umarov did willfully and knowingly make false statements in an application for a passport with the intent to secure the issuance of a passport under the authority of the United States for his own use, in violation of Title 18, United States Code, Section 1542.

FURTHER AFFIANT SAYETH NOT.

ROBERT KIRTS
Special Agent
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence
this 29th day of November, 2007.

JEFFREY COLE
United States Magistrate Judge

4