UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 07 CR 784 |
| vs. ) | Magistrate Judge Cole |
| ) | |
| DILSHOD UMAROV ) | |

### ORDER

This matter comes before the Court on the government's Motion to Seal Criminal Complaint, Affidavit and Arrest Warrant. It is hereby ordered that:

The Motion is granted and the Criminal Complaint, Affidavit, and Arrest Warrant are ordered sealed until 5:00 p.m. on December 28, 2007 or the arrest of Dilshod Umarov, whichever occurs first. Law enforcement officers are allowed to enter the warrant into law enforcement databases while the Complaint, Affidavit and Warrant are under seal.

Jeffrey Cole
U.S. Magistrate Judge

Dated: Nov 29, 2007