Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 784 - 1 | **DATE** | 12/03/07 |
| **CASE TITLE** | USA vs. Dilshod Umarov | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Dilshod Umarov appears in response to arrest on 12/03/07. Defendant informed of his rights. Enter order appointing Helen Kim of the Federal Defender Program/Panel as counsel for defendant. Government's oral motion for pretrial detention is granted. Defendant waives the detention hearing. Defendant waives his right to a preliminary examination. Enter a finding of probable cause: Order defendant bound to the District Court for further proceedings. Defendant to remain in custody pending further order of the Court.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|