Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 784-1 | **DATE** | 12/12/07 |
| **CASE TITLE** | USA vs. Dilshod Umarov | | |

**DOCKET ENTRY TEXT**

Government's motion to unseal the complaint is granted. Enter order.

Docketing to mail notices.

00:00

| | Courtroom Deputy Initials: | LXS |
|---|---|---|