UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 07 CR 784 |
| v. | ) | |
| | ) | Hon. Nan R. Nolan |
| DILSHOD UMAROV | ) | United States Magistrate Judge |
| | ) | |

### ORDER

This matter comes before the Court on the Government's Motion to Unseal the Criminal Complaint and associated documents in this case. It is hereby ordered that:

The Motion is granted and the Criminal Complaint, Affidavit, Arrest Warrant, Motion to Seal, and the Order accompanying the Motion to Seal are unsealed.

Nan R. Nolan
United States Magistrate Judge

DATED: December 12, 2007