UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   07 CR 784 |
| | ) | |
| v. | ) | |
| | ) | |
| DILSHOD UMAROV | ) | Chief Judge James F. Holderman |
| | ) | |

## NOTICE OF MOTION

To:   Helen Kim, Esq.
Federal Defender Program
55 East Monroe Street, Suite 2800
Chicago, Illinois 60603

Please take notice that on this 18th day of December 2007, the undersigned filed the following documents in the above-captioned matter, a copy of which attached hereto:

**GOVERNMENT'S AGREED MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)**.

By:*/s/ Lindsay C. Jenkins*
Lindsay C. Jenkins
Assistant United States Attorney
U.S. Attorney's Office
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 353-0962