**FILED**
**JAN 1 0 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE KOCORAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 07 CR 784 |
| | ) | |
| v. | ) | Violation: Title 18, United States |
| | ) | Code, Section 1542 |
| DILSHOD UMAROV | ) | |
| | ) | |

**MAGISTRATE JUDGE COLE**

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about October 4, 2006, at Cook County, in the Northern District of Illinois, Eastern Division,

DILSHOD UMAROV,

defendant herein, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, namely, defendant falsely represented on an application for a United States Passport that he was a United States citizen; that his place of birth was Roseville, Michigan; and that his mother and his father were United States citizens, when, in fact, as the defendant there and then knew, defendant was not a citizen of the United States; defendant was not born in the United States; and defendant's mother and father were not citizens of the United States;

In violation of Title 18, United States Code, Section 1542.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY