## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 784 | **DATE** | 1/16/2008 |
| **CASE TITLE** | US vs. Dilshod Umarov | | |

**DOCKET ENTRY TEXT**

Arraignment held on 1/16/2008. Defendant enters plea of not guilty to all counts. Rule 16 Conference to be completed by 1/23/2008. Defendant is given to 2/6/2008 to file pretrial motions. Government's answers are due 2/20/2008. Status hearing set for 2/26/2008 at 9:30 a.m. In the interest of justice, 1/10/2008 to 2/26/2008 is excludable time under 18:3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:09

| | Courtroom Deputy Initials: | SCT |
|---|---|---|