## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA
                                   Plaintiff,

v.                                              Case No.: 1:07−cr−00784
                                                Honorable Charles P. Kocoras

Dilshod Umarov
                                   Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, February 25, 2008:


    MINUTE entry before Judge Charles P. Kocoras : The time of the status hearing on 2/26/2008 is reset from 9:30 a.m. to 10:00 a.m.Mailed notice (sct, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.