# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 784 | **DATE** | March 20, 2008 |
| **CASE TITLE** | US -v- Dilshod Umarov | | |

**DOCKET ENTRY TEXT:**

Change of plea hearing held on 3/20/2008. Defendant withdraws plea of not guilty and enters plea of guilty to Count 1. Defendant informed of rights and knowingly waives them. Court accepts plea of guilty and enters judgment thereon. Defendant waives the preparation of a Presentence Investigation and Report. Defendant informed of rights to have a Presentence Investigation and Report, knowingly waives them, and signs a waiver. Government is given to 3/25/2008 to file its sentencing memorandum. Defendant is given to 4/4/2008 to respond. Sentencing is set for 4/9/2008 at 9:45 a.m.

Docketing to mail notices.

0:45

| | Courtroom Deputy Initials: | SCT |
|---|---|---|