MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
3-20-2008
MAR 20 2008
Judge Charles P. Kocoras
United States District Court

USA v
DILSHOD UMAROV            )
                          )
                          )  No. 07CR784
                          )
                          )
                          )

DEFENDANT'S WAIVER OF PREPARATION OF
PRESENTENCE INVESTIGATION AND REPORT

I, __DILSHOD UMAROV__, hereby waive
(Name of Defendant)

my right to have the probation officers of the United States District Court conduct a presentence investigation for presentation to the sentencing court. This investigation which I now forego, is for the purpose of obtaining information useful to the Court in setting sentence.

I have read, or had read to me, and fully understand the preceeding waiver form.

__3/20/08__
(Date)

__[signature]__
(Signature of Defendant)

__[signature]__
(Defendant's Attorney)